NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN C. DESROSIERS, as Trustee of the )
John C. Desrosiers Irrevocable Trust )
u/a/d December 29, 1994; JACQUELINE )
D. RUSSELL, as Trustee of the Jeanne M. )
Desrosiers Irrevocable Trust u/a/d )　　　　Case No.  2D19-650
December 29,1994; and JACQUELINE D. )
RUSSELL, as Trustee of the Caroline )
Daher Irrevocable Trust u/a/d December )
31,1994, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellants, )
　　　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　　　)
CONSERVATORY PROPERTIES, INC., )
a Florida corporation, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee. )
_____)

Opinion filed October 11, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Brian L. Trimyer and Adam
Mohammadbhoy of Harllee & Bald, P.A.,
Bradenton (withdrew after briefing), for
Appellants.

Andrew W. Rosin of Law Office of Andrew
W. Rosin, P.A., Sarasota, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.